BEFORE THE THIRD DIVISION, MAY 25, 1950

No. 54352.—F. W. Myers & Company, Inc. v. United States, protest 121322–K (Detroit).

475

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of frozen codfish cakes similar in all material respects to those the subject of *Frances B. Wilcon* v. *United States* (21 Cust. Ct. 38, C. D. 1123), decided on rehearing in Abstract 52941, the claim of the plaintiff was sustained.